UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MAURA HENRY and others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BOSTON CENTER FOR ADULT EDUCATION, INC., and RONALD BOCAGE, as President for the Boston Center for Adult Education and Individually,**<br><br>**Defendants.** | Civil Action No. 05-11244 RWZ |

## DEFENDANTS
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Defendants and their counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendants and their counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Defendants will be prepared to respond to whether it will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

        Respectfully submitted,

        BOSTON CENTER FOR ADULT EDUCATION

        __/s/ Mary McTigue   _____
        Mary McTigue
        Executive Director

        And by its attorneys,

        Respectfully submitted,

        BOSTON CENTER FOR ADULT
        EDUCATION and RONALD BOCAGE,

        By Their Attorneys,

        MORGAN, BROWN & JOY, LLP
        200 State Street
        Boston, Massachusetts  02108
        (617) 523-6666 (telephone)
        (617) 367-3125 (facsimile)

        __/s/ Joseph P. McConnell____
        Joseph P. McConnell (BBO No. 566412)
        jmcconnell@morganbrown.com

Date: August 5, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Ara J. Balikian, Esq. and Kristen M. Hurley, Esq., Gordon & Balikian LLP, 535 Boylston Street, 6th Floor, Boston, MA  02116, by first-class U.S. mail this 5th day of August, 2005.

        _/s/__Joseph P. McConnell_____