UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MAURA HENRY and ) | |
| OTHERS SIMILARLY SITUATED, ) | |
|       Plaintiffs, ) | |
| ) | Civil Action No. 05-11244 RWZ |
| v. ) | |
| ) | |
| BOSTON CENTER FOR ADULT ) | |
| EDUCATION, INCORPORATED and ) | |
| RONALD BOCAGE, As President of ) | |
| Boston Center for Adult Education ) | |
| and Individually, ) | |
|       Defendants ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Plaintiff and her counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Plaintiff and her counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Plaintiff will be prepared to respond to whether she will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

1

Respectfully submitted,

MAURA HENRY

/s/ Maura Henry
Maura Henry


By her attorneys,

/s/ Ara J. Balikian
Ara J. Balikian (BBO#630576)
Kristen M. Hurley (BBO#658237)
Gordon and Balikian, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116
Tel. 617-536-1801
Fax. 617-536-1802


**CERTIFICATE OF SERVICE**

I, Ara J. Balikian, hereby certify that on August 8, 2005, I caused a copy of the foregoing document to be served upon Joseph P. McConnell, Esq., Morgan, Brown & Joy, LLP, 200 State Street, Boston, Massachusetts 02108, by electronic notification and by first class mail.

/s/ Ara J. Balikian
Ara J. Balikian