UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAURA HENRY and others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>BOSTON CENTER FOR ADULT EDUCATION, INC., and RONALD BOCAGE, as President for the Boston Center for Adult Education and Individually,<br><br>       Defendants. | Civil Action No. 05-11244 RWZ |

**JOINT MOTION TO ENLARGE SCHEDULING ORDER
AND CONTINUE STATUS CONFERENCE**

The parties to the above-captioned action hereby request that the Court enlarge the scheduling order in this action and postpone the date for the status conference with the Court (currently scheduled for Wednesday, January 11, 2006 at 2:00 p.m.). The parties make this request because they have proffered written discovery, but because of the holidays have needed to reschedule the relevant depositions until January 2006. In addition, the parties have been engaging in settlement discussions, and this short extension of time will allow the opportunity to determine whether such discussions will bear fruit.

Hence, the parties request that the discovery deadline be set for February 15, 2006, and that the Court set its status conference in this matter to a point several weeks after the discovery deadline.


Respectfully submitted,                                     Respectfully submitted,

| | |
|---|---|
| MAURA HENRY | BOSTON CENTER FOR ADULT EDUCATION and RONALD BOCAGE, |
| By her attorneys, | By their attorneys, |
| GORDON and BALIKIAN, LLP<br>535 Boylston Street, 6th Floor<br>Boston, Massachusetts 02116<br>(617) 536-1800 (telephone)<br>(617) 536-1802 (facsimile) | MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, Massachusetts  02108<br>(617) 523-6666 (telephone)<br>(617) 367-3125 (facsimile) |
| ___/s/ Ara J. Balikian_____<br>Ara J. Balikian<br>abalikian@gbassociates.com<br>Kristen Hurley<br>khurley@gbassociates.com | __/s/ Joseph P. McConnell____<br>Joseph P. McConnell (BBO No. 566412)<br>jmcconnell@morganbrown.com |
| Date: January 4, 2006 | Dated January 4, 2006 |