UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| MAURA HENRY and OTHERS SIMILARLY SITUATED, | ) ) | Civil Action No. 05-11244 RWZ |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BOSTON CENTER FOR ADULT EDUCATION, INCORPORATED and RONALD BOCAGE, As President of Boston Center for Adult Education and Individually, | ) ) ) ) ) | |
| Defendants | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE CLERK OF THE ABOVE-NAMED COURT:

     Kindly enter my appearance as counsel for the plaintiffs in the above-captioned matter. Attorney Ara J. Balikian has simultaneously filed his notice of withdrawal.

     Respectfully submitted,

/s/ Philip J. Gordon_____
Philip J. Gordon (BBO# 630989)
Gordon Law Group, LLP
535 Boylston Street, 6th Floor
Boston, MA 02116
(617) 536-1800