UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************
MAURA HENRY and                         )       Civil Action No. 05-11244 RWZ
OTHERS SIMILARLY SITUATED,              )
       Plaintiffs,                      )
                                        )
v.                                      )
                                        )
BOSTON CENTER FOR ADULT                 )
EDUCATION, INCORPORATED and             )
RONALD BOCAGE, As President of          )
Boston Center for Adult Education       )
and Individually,                       )
       Defendants                       )
*************************************

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please withdraw my name as counsel for the Plaintiffs to this action effective immediately. Attorney Philip J. Gordon is simultaneously filing his notice of appearance for the plaintiffs.

      Respectfully submitted,

      /s/ Ara J. Balikian_____
      Ara J. Balikian (BBO# 630576)
      Gordon and Balikian, LLP
      535 Boylston Street, 6th Floor
      Boston, MA 02116
      (617) 536-1800