# United States District Court
# District of Massachusetts

**MAURA HENRY, ETC.,**
  Plaintiff,

  v.          CIVIL ACTION NO. 2005-11244-RWZ

**BOSTON CENTER FOR ADULT**
  **EDUCATION, INC.,**
**RONALD BOCAGE, ETC.,**
  Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

  On July 12, 2006, I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | EARLY NEUTRAL EVALUATION | \_\_X\_\_ | MEDIATION |
| \_\_\_\_\_ | MINI-TRIAL | \_\_\_\_\_ | SUMMARY JURY TRIAL |
| \_\_\_\_\_ | SETTLEMENT CONFERENCE | | |

Plaintiff's and defendant's counsel participated; the plaintiff and representatives of the defendant Boston Center for Adult Education were present.

[X] The case was SETTLED; your Clerk should issue a 45-day order.

  July 12, 2006          *Robert B. Collings*
  DATE             ROBERT B. COLLINGS
                  United States Magistrate Judge

Copy to: Judge Zobel
      Rebecca Tyler, Esquire,
      Counsel for all parties.