UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAURA HENRY, ETC.
    Plaintiff

V.

        CIVIL ACTION:05CV11244-RWZ

BOSTON CENTER FOR ADULT EDUCATION ET AL
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.        JULY 14, 2006

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if settlement is not consummated.

    By the Court,

    s/ Lisa A. Urso
    Deputy Clerk

30day.ord